# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1088**

**September Term, 2022**

**MSHR-LAKE2019-0317-M**

**Filed On:** June 6, 2023

Secretary of Labor, Mine Safety and Health
Administration,

       Petitioner

    v.

Westfall Aggregate & Materials, Inc. and
Federal Mine Safety and Health Review
Commission,

       Respondents


**BEFORE:**    Pillard and Pan, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that the April 7, 2023 opinion be
amended to replace section II.A. Standard of Review.

The Clerk is directed to issue the amended opinion. The Clerk is further directed
to issue the mandate forthwith.

### Per Curiam


                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

       BY:    /s/
               Daniel J. Reidy
               Deputy Clerk